```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISRAEL FELICIANO,

                             Petitioner,                        18 **CIVIL** 9591 (GHW)

        -against-                                    **JUDGMENT**

WILLIAM LEE, Superintendent,
                             Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 26, 2020, because Feliciano's petition is untimely and his claims fail on the merits, his petition for a writ of habeas corpus is denied. Feliciano has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, the case is closed.

**DATED:**  New York, New York
             August 27, 2020

                                                    **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                              **BY:**
                                                         **Deputy Clerk**