```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 29 2020
```

ISRAEL FELICIANO  10-A-5448
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

SUPERINTENDENT, WILLIAM LEE.

EASTERN CORRECTIONAL FACILITY.
_____

(List the full name(s) of the defendant(s)/respondent(s).)

18 CV 9591 (GHW)( )

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

**MEMORANDUM ENDORSED**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on  8/26/20  but did not file a notice of appeal within the required time period because:

DUE TO SOCIAL DISTANCING AS A RESULT OF THE COVID-19 PENDENMIC AND THE DENIAL OF ACCESS TO THE FACILITY LAW LIBRARY BY CALL-OUT

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: SEPTEMBER 22, 2020

Signature

Name (Last, First, MI): FELICIANO, ISRAEL 10-A-5488

Address: EASTERN CORRECTIONAL FACILITY. P.O. BOX 338, NAPANOCH, N.Y. 12458

City: N/A

State: 10-A-5488

Zip Code:

Telephone Number:

E-mail Address (if available):

Rev. 3/27/15

This unsigned application for an extension of time is denied. The Clerk of Court is directed to mail a copy of this order to Petitioner by first class and certified mail.
SO ORDERED.

Dated: October 7, 2020

GREGORY H. WOODS
United States District Judge